AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
May 10, 2023
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 23 MJ 84
The residence located at 1111 S. 8th St, Milwaukee, )
WI 53204, as further described in Attachment A )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the  Eastern  District of  Wisconsin , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 21 U.S.C. § 841(a)(1) | Felon in possession of a firearm; possession with intent to distribute controlled substances |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

RICHARD CONNORS  Digitally signed by RICHARD CONNORS
Date: 2023.05.10 08:10:47 -05'00'
*Applicant's signature*

Richard Connors, ATF SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 telephone  *(specify reliable electronic means)*.

Date: 5/10/2023

*Judge's signature*

City and state:  Milwaukee, Wisconsin                Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Richard Connors, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the residence located at **1111 S. 8th St, Milwaukee, WI 53204** and more particularly described in Attachment A for the person listed in Attachment B.

2. I am employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") assigned to the Milwaukee Field Office since October of 2015. I have been employed as a full-time law enforcement officer for approximately seven years. I have received training at the Federal Law Enforcement Training Center in Glynco, GA. I attended the Criminal Investigator Training Program, as well as ATF's Special Agent Training Program. I have received training in the investigation of unlawful possession of firearms, the unlawful transfer of firearms, and the unlawful dealing in firearms without a dealers' license. Prior to becoming a Special Agent with the ATF, I received two bachelor's degrees from Northern Illinois University in the fields of Sociology and International Relations. I have received a master's degree from Northern Illinois University in the field of American Government.

3. The facts in this affidavit come from my personal observations, my training and experience, and from information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the

1

requested warrant and does not set forth all of my knowledge about this matter.

4. On April 25, 2023, a federal grand jury in the Eastern District of Wisconsin returned a sealed forty-three (43) count indictment against Javonte COTTON (DOB: 1995) and twenty-nine (29) other members of the Wild 100s street gang. COTTON was indicted for violations of Title 18, United States Code, Section 1341 and 1349 (mail fraud and conspiracy to commit mail fraud); Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm); Title 18, United States Code, Section 924(c) (possession of a firearm in connection with a drug trafficking crime); Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute controlled substances); and Title 18, United States Code, Section 371 (conspiracy to violate the laws of the United States).

5. Your affiant is aware that COTTON has been staying/living at the address of **1111 S. 8th St, Milwaukee, WI 53204**. Case agents are aware COTTON has two recent cases in the state of Wisconsin, Milwaukee circuit court number 2023FA000113 and case 2022CF001986. Under both cases COTTON listed his address as the target location. Case agents searched for other occupants residing at **1111 S. 8th St, Milwaukee, WI 53204,** which revealed that Tasha Cotton's current State of Wisconsin driver's license lists her current address as **1111 S. 8th St, Milwaukee, WI, 53204**. This is Javonte COTTON's mother. Additionally, Javonte COTTON's brother (Jacari COTTON) lists the address of **1111 S. 8th St, Milwaukee, WI**, **53204,** as his address on his state of Wisconisn driver's license. Based upon the relationships to Javonte COTTON, agents believe Javonte COTTON to be residing at this location.

6. Your affiant is aware that case agents conducted physical and real-time fixed video surveillance at **1111 S. 8th St, Milwaukee, WI, 53204,** on several occasions. On April 13, 2023, case agents observed **COTTON** exit **1111 S. 8th St, Milwaukee, WI, 53204,** and throw the trash away in the garbage can. On April 25, 2023, case agents observed a person matching COTTON's description exit the door to **1111 S. 8th St, Milwaukee, WI, 53204**, and once more throw out trash. Continuing on May 2, 2023, a black male who matched the physical description of COTTON was observed on the front porch of **1111 S. 8th St, Milwaukee, WI, 53204.**

7. On May 8, 2023, a federal search warrant was obtained to search the residence located at **1111 S. 8th Street, Milwaukee, WI**, to search for the body of COTTON and arrest him.

8. On May 10, 2023, case agents made entry **at 1111 S. 8th Street, Milwaukee, WI**, in order to search for and arrest Javonte COTTON. Inside the residence, case agents located COTTON on an "L-shaped couch" in the living room. On this same couch case agents observed a small, plastic baggie containing suspected marijuana. A second small, plastic baggie containing suspected marijuana was laying on an ottoman also near COTTON's location. While conducting a sweep of the residence, agents observed a handgun inside a holster between the mattress, located inside the middle bedroom on the eastern side of residence. Also, inside this room agents observed a "SCCY" gun box, two 9mm rounds and four rounds consistent with .223 rounds of ammunition in the southwest section of the room. Agents observed clothing consistent in size to the body

3

type of COTTON, male shoes, and male toiletries in this same room. Clothing consistent with COTTON's body type was also on top of the bed where the firearm was observed. Agents also observed a Glock firearm box displaying serial number BNBW879 in the middle, west bedroom near the southeast area of the room. Also visible was a container with male clothing. It should be noted that all rooms in the house were open and COTTON had access to the entire residence.

9. Case agents previously reviewed the criminal history of COTTON and observed he is prohibited from possessing firearms from prior felony convictions. COTTON has a prior felony conviction for possession of burglary tools in 2013 in Milwaukee County Case Number 2012CF006158. Case agents observed a gun box near the ammunition in southwest corner of the aforementioned room. Following his arrest, COTTON advised case agents that he was the only one in the residence and his brother and mother were traveling.

10. Based upon the aforementioned evidence, there is probable cause to believe that **1111 S. 8th St, Milwaukee, WI, 53204,** contains evidence of violations of 18 U.S.C § 922(g)(1) (felon in possession of a firearm and ammunition), 21 U.SC. § 841 (a)(1) (possession/distribute a controlled substance). Your affiant is requesting that the court grant this search warrant for case agents to search **1111 S. 8th St, Milwaukee, WI, 53204,** for evidence of those violations.

# ATTACHMENT A
## Property to Be Searched

The single-family, two-story home located at 1111 S. 8th St, Milwaukee, WI 53204; has white siding, a metal fence surrounding the property, and a blue deck leading to the doors. The doors are located on the south facing side of the property and are secured by black metal security gates. The numbers 1111 are affixed to the east facing side of the structure.



1

# ATTACHMENT B
**Particular Items to Be Seized**

All records and information relating to violations of 18 U.S.C. § 922(g)(1) (felon in possession of firearm/ammunition) and 21 U.S.C. § 841(a)(1) (possession with intent to distribute controlled substances), including but not limited to the following:

1. Firearms including pistols, handguns, shotguns, rifles, assault weapons, machine guns, magazines used to hold ammunition, silencers, components of firearms including laser sights and other components which can be used to modify firearms, ammunition and ammunition components, bulletproof vests, and any and all documentation related to the purchase of such items.

2. Indicia of occupancy, residency or ownership of the premises and things described in the warrant, including but not limited to utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents and keys.

3. Cellular telephones, iPads, and computers, and all electronic storage areas on the device including text messages, digital video recordings or other areas that may contain photographs or video depictions of firearms or other evidence of the possession of firearms.

4. ATF Form 4473s, firearms, firearm boxes, receipts for firearms, firearms accessories, ammunition, financial documents that transfer of proceeds of the above schemes, computers, electronics capable of communication, and cellphones.

5. Illegal drugs, drug paraphernalia, items commonly associated with drug sales.

6. Proceeds of drug trafficking activities, including United States currency;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing);

and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

3

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐

**CLERK'S OFFICE**
**A TRUE COPY**
May 10, 2023
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 23 MJ 84 |
| The residence located at 1111 S. 8th St, Milwaukee, WI 53204, as further described in Attachment A | ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Eastern__ District of __Wisconsin__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __5/24/2023__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. William E. Duffin__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __5/10/2023 at 8:25 AM__

*William E. Duffin* (signature)
Judge's signature

City and state: __Milwaukee, Wisconsin__   Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                      *Executing officer's signature*

                                                      *Printed name and title*

**ATTACHMENT A**
**Property to Be Searched**

The single-family, two-story home located at 1111 S. 8th St, Milwaukee, WI 53204; has white siding, a metal fence surrounding the property, and a blue deck leading to the doors. The doors are located on the south facing side of the property and are secured by black metal security gates. The numbers 1111 are affixed to the east facing side of the structure.



1

# ATTACHMENT B
## Particular Items to Be Seized

All records and information relating to violations of 18 U.S.C. § 922(g)(1) (felon in possession of firearm/ammunition) and 21 U.S.C. § 841(a)(1) (possession with intent to distribute controlled substances), including but not limited to the following:

1. Firearms including pistols, handguns, shotguns, rifles, assault weapons, machine guns, magazines used to hold ammunition, silencers, components of firearms including laser sights and other components which can be used to modify firearms, ammunition and ammunition components, bulletproof vests, and any and all documentation related to the purchase of such items.

2. Indicia of occupancy, residency or ownership of the premises and things described in the warrant, including but not limited to utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents and keys.

3. Cellular telephones, iPads, and computers, and all electronic storage areas on the device including text messages, digital video recordings or other areas that may contain photographs or video depictions of firearms or other evidence of the possession of firearms.

4. ATF Form 4473s, firearms, firearm boxes, receipts for firearms, firearms accessories, ammunition, financial documents that transfer of proceeds of the above schemes, computers, electronics capable of communication, and cellphones.

5. Illegal drugs, drug paraphernalia, items commonly associated with drug sales.

6. Proceeds of drug trafficking activities, including United States currency;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing);

and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

3